**KEN THERRIEN, WSBA 20291**

**LAW OFFICE OF KEN THERRIEN**

413 North Second Street
Yakima, WA 98901
Telephone: 509-457-5991


Attorneys for Defendant
HERACLIO SANCHEZ-RODRIGUEZ


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> HERACLIO SANCHEZ-RODRIGUEZ, <br> Defendant. | NO. 3:23-cr-00090-1-SLG-KFR |

## NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that Ken Therrien of Law Office of Ken Therrien, hereby appears as attorney for HERACLIO SANCHEZ-RODRIGUEZ Defendant in the above-entitled action, and all further pleadings should be served upon them at the address given below:

NOTICE OF APPEARANCE
Page 1

**LAW OFFICE OF KEN THERRIEN**
413 North Second Street
Yakima, WA 98901
(509) 457-5991

Office Address: 413 North Second Street, Yakima, WA 98901

Telephone: 509-457-5991    FAX:    509-457-6197

E-Mail: kentherrien@msn.com; mariana.ktlaw@outlook.com

DATED this 27th day of October, 2023.

          Presented by: *Law Office of Ken Therrien*

/s/ *KEN THERRIEN*
KEN THERRIEN, WSBA 20291
Attorney for Defendant
413 North Second Street
Yakima, WA 98901
kentherrien@msn.com
Phone: (509) 457-5991
Fax: (509) 457-6197

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Alaska that on October 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the registered users.

/s/ *KEN THERRIEN*
KEN THERRIEN, WSBA 20291
Attorney at Law

NOTICE OF APPEARANCE
Page 2

LAW OFFICE OF KEN THERRIEN
413 North Second Street
Yakima, WA 98901
(509) 457-5991

Case 3:23-cr-00090-SLG-KFR   Document 8   Filed 10/27/23   Page 2 of 2