IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>HERACLIO SANCHEZ-RODRIGUEZ, TAMARA DENISE BREN, and KEVIN GLENN PETERSON, II<br><br>                Defendants. | Case No. 3:23-cr-00090-RRB<br><br>**ORDER CONTINUING TRIAL DATE SETTING CONFERENCE AND DECLARING CASE COMPLEX** |

      Before the Court at Docket 28 is an Unopposed Motion to Continue Trial Setting Conference, and at Docket 29 is an Unopposed Motion to Declare Case Complex, filed by counsel for Defendant Kevin Glenn Peterson, II. At Docket 41, Defendant Heraclio Sanchez-Rodriquez files a Waiver of Speedy Trial, and at Docket 44 Defendant Petersen indicates that he does not choose to waive his speedy trial rights. At Docket 57, Defendant Tamara Denise Bren indicates that she does not oppose continuing the trial date setting conference, but takes no position as to the complexity of the case and does not waive her speedy trial rights.

At Docket 37, the Magistrate Judge appointed a second attorney to assist in the representation of Defendant Peterson in this "extremely difficult case," and, at Docket 54, the Magistrate Judge, given the large volume of discovery, entered an Order Appointing a Coordinating Discovery Attorney to assist the parties in the streamlining and management of discovery.

In light of the above, and considering the nature of the charges involved, as well as the large volume of discovery and the complexity of the factual and legal issues involved, it is clear to the Court that this case must be declared complex pursuant to 18 U.S.C. § 3161. Moreover, under the circumstance, both the interest of justice and the interest of the parties in being prepared for trial requires that the speedy trial clock be tolled, at least temporarily, until trial preparation is completed. A more precise date can be determined at the upcoming trial date setting conference.

Therefore, for the reasons set forth above, the Court hereby declares the case complex pursuant to 18 U.S.C. § 3161.

The Court further **vacates** the current trial setting conference date and resets it for **January 17, 2024, at 2:00 p.m.**

IT IS SO ORDERED this 5th day of December, 2023, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge

*United States v. Sanchez-Rodriguez, et al.*   Case No. 3:23-cr-00090-RRB
Order Continuing Trial Date Setting Conference and Declaring Case Complex   Page 2

Case 3:23-cr-00090-RRB-KFR   Document 59   Filed 12/05/23   Page 2 of 2