**KEN THERRIEN, WSBA 20291**
**LAW OFFICE OF KEN THERRIEN**
413 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5991


Attorneys for Defendant
HERACLIO SANCHEZ-RODRIGUEZ


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br> vs. <br><br> HERACLIO SANCHEZ-RODRIGUEZ, <br>                 Defendant. | NO. 3:23-CR-00090-RRB-KFR-1 |

## DECLARATION OF KEN THERRIEN IN SUPPORT OF UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR BY VIDEO AT THE TRIAL SETTING CONFERENCE ON JANUARY 17, 2024 AT 2:00 P.M.

I, KEN THERRIEN, declare as follows:

1. I am the attorney for Heraclio Sanchez-Rodriguez; and

2. My office is located in Yakima, Washington; and

UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL
TO APPEAR BY VIDEO AT THE TRIAL SETTING
CONFERENCE ON JANUARY 17, 2024 AT 2:00 P.M. - Page
1

**KEN THERRIEN**
413 North Second Street
Yakima, WA 98901
(509) 457-5991

Case 3:23-cr-00090-RRB-KFR   Document 84-1   Filed 01/05/24   Page 1 of 3

3. Heraclio Sanchez-Rodriguez is currently scheduled for a Trial Setting Conference on January 17, 2024, at 2:00 p.m.; and

4. Defense Counsel is requesting that he be allowed to appear via video. I am scheduled to commence a Attempt Second-Degree Murder Trial in Yakima County Superior Court on January 16, 2024. I anticipate this trial will conclude the week of January 22, 2024.

Due to my trial schedule, I am asking this Court to allow me to appear at the Trial Setting Conference on January 17, 2024, via video; and

4. That Defense Counsel believes that he can adequately represent Mr. Sanchez-Rodriguez with a video appearance at the Trial Setting Conference and that Mr. Sanchez-Rodriguez will not be prejudiced by his Defense Counsel appearing by video; and

5. On December 9, 2023, I was scheduled for a telephone conference with Mr. Sanchez-Rodriguez. I planned on discussing the status with Mr. Sanchez-Rodriguez, however, Mr. Sanchez-Rodriguez did not accept my call. I have advised Mr. Sanchez-Rodriguez of my motion to appear by video via US Mail; and

6. I have advised the Assistant United States Attorneys Karen Vandergaw and Christopher D. Schroeder of this motion and they have no objection to the Court allowing Defense Counsel for Heraclio Sanchez-Rodriguez to appear by video.

7. I have also advised Richard Smith, stand-by counsel for Kevin G. Peterson II, and Michael A. Moberly, counsel for Tamara D. Bren, of this motion and Mr. Smith and Mr. Moberly have no objections to this request.

//
//
//
//

DECLARATION OF KEN THERRIEN IN SUPPORT OF UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR BY VIDEO AT THE TRIAL SETTING CONFERENCE ON JANUARY 17, 2024 AT 2:00 P.M. - Page 2

**KEN THERRIEN**
413 North Second Street
Yakima, WA 98901
(509) 457-5991

Case 3:23-cr-00090-RRB-KFR   Document 84-1   Filed 01/05/24   Page 2 of 3

DATED this 5th day of January, 2024.

                              Presented by: *Law Office of Ken Therrien*

                              */s/ Ken Therrien*
                              KEN THERRIEN, WSBA 20291
                              Attorney for Defendant
                              413 North Second Street
                              Yakima, WA 98901
                              kentherrien@msn.com
                              Phone: (509) 457-5991
                              Fax: (509) 457-6197

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Alaska that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the registered users.

                              */s/ Ken Therrien*
                              Ken Therrien, WSBA 20291
                              Attorney for Defendant

DECLARATION OF KEN THERRIEN IN SUPPORT OF UNOPPOSED MOTION TO ALLOW DEFENSE COUNSEL TO APPEAR BY VIDEO AT THE TRIAL SETTING CONFERENCE ON JANUARY 17, 2024 AT 2:00 P.M. - Page 3

**KEN THERRIEN**
413 North Second Street
Yakima, WA 98901
(509) 457-5991

Case 3:23-cr-00090-RRB-KFR   Document 84-1   Filed 01/05/24   Page 3 of 3